**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1426**

---

IN RE:  MONICA LYNN COLEMAN,

                                          Debtor,

------------------------------

LORI S. SIMPSON,

                              Plaintiff - Appellee,

    versus

MONICA LYNN COLEMAN,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.
(CA-04-786-BEL; BK-99-5609; BK-99-56239)

---

Submitted:  August 25, 2005          Decided:  August 30, 2005

---

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

Monica Lynn Coleman, Appellant Pro Se.  Martin Thomas Fletcher, Jr., Kevin Gerald Hroblak, WHITEFORD, TAYLOR & PRESTON, L.L.P., Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Monica Lynn Coleman appeals the district court's order affirming the bankruptcy court's order granting summary judgment in favor of the trustee and denying her a discharge in the underlying bankruptcy proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Simpson v. Coleman</u>, Nos. CA-04-786-BEL; BK-99-5609; BK-99-56239 (D. Md. Mar. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>